Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movant and [Proposed]
Lead Counsel for the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDE LIANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CMB INTERNATIONAL CAPITAL LIMITED, TENCENT HOLDINGS LIMITED, RICHARD ARTHUR, and COGENCY GLOBAL INC.,<br><br>Defendants. | No. 2:20-cv-02747-SVW-MAA<br><br>**MOTION OF BOLUKA GARMENT CO., LIMITED TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Stephen V. Wilson<br>Hearing Date: June 29, 2020<br>Time: 1:30 p.m.<br>CTRM:  10A – First Street Courthouse |

1

| | |
|---|---|
| HENG HUANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, TENCENT HOLDINGS LIMITED, and COGENCY GLOBAL INC.,<br><br>Defendants. | No. 2:20-cv-03914-SVW-MAA<br><br><u>CLASS ACTION</u><br><br>JUDGE: Stephen V. Wilson |

PLEASE TAKE NOTICE that on Monday, June 29, 2020 at 1:30 p.m. before the Honorable Stephen V. Wilson in Courtroom 10A, 350 West First Street, Los Angeles, California 90012, Boluka Garment Co., Limited ("Movant"), will and does move this Court for an order granting his Motion: (1) consolidating the related actions, (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 27 of the Securities Act of 1933 ("Securities Act") and Federal Rule of Civil Procedure 42(a), on the grounds (1) that the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) that

2

Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of DouYu International Holdings Limited securities pursuant and/or traceable to the Company's Registration Statement issued in connection with the Company's July 16, 2019 initial public offering (the "IPO" or the "Offering") as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) that Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, a Certification and Notice of Interested Parties, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: May 26, 2020                    Respectfully submitted,

                                       **THE ROSEN LAW FIRM, P.A.**

                                       /s/Laurence Rosen, Esq.
                                       Laurence M. Rosen, Esq. (SBN 219683)
                                       355 South Grand Avenue, Suite 2450
                                       Los Angeles, CA 90071
                                       Telephone: (213) 785-2610
                                       Facsimile: (213) 226-4684

3

MOTION OF BOLUKA GARMENT CO., LIMITED TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:20-cv-02747-SVW-MAA

Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

MOTION OF BOLUKA GARMENT CO., LIMITED TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:20-cv-02747-SVW-MAA

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On May 26, 2020, I electronically filed the following **MOTION OF BOLUKA GARMENT CO., LIMITED TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 26, 2020.

<u>/s/Laurence M. Rosen</u>
Laurence M. Rosen

MOTION OF BOLUKA GARMENT CO., LIMITED TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:20-cv-02747-SVW-MAA