# EXHIBIT 3

**DouYu International Holdings Limited Loss Chart**
**Class Period: Related to the Initial Public Offering July 16, 2019**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $6.69 |
| Boluka Garment Co., Limited | 7/19/2019 | 10,000 | ($10.36) | ($103,600.00) | | | | | 10,000 | $66,900.00 | ($36,700.00) | |