**ABRAHAM, FRUCHTER**
 **& TWERSKY, LLP**
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
TAKEO A. KELLAR (SBN 234470)
TKellar@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582

*Counsel for Lead Plaintiff Movant*
*Safron Capital Corporation*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDE LIANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiff,<br><br>   v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CMB INTERNATIONAL CAPITAL LIMITED, TENCENT HOLDINGS LIMITED, RICHARD ARTHUR, and COGENCY GLOBAL INC.,<br><br>   Defendants. | Case No. 2:20-cv-02747-SVW-MAA<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION OF SAFRON CAPITAL CORPORATION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: June 29, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A, 10th Floor |

(captions continue on following page)

NOTICE OF MOTION AND MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:20-cv-02747-SVW-MAA

| | |
|---|---|
| HENG HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>          v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, TENCENT HOLDINGS LIMITED, and COGENCY GLOBAL INC.,<br><br>          Defendants. | Case No. 2:20-cv-03914-SVW-MAA |

NOTICE OF MOTION AND MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:20-cv-02747-SVW-MAA

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Movant Safron Capital Corporation ("Safron") will hereby move on Monday, June 29, 2020, at 1:30 p.m., before the Honorable Stephen V. Wilson, United States District Judge, at the United States District Court, Central District of California, in Courtroom 10A, 10th Floor, 350 West 1st Street, Los Angeles, California 90012, for an Order: (1) consolidating the above-captioned actions; (2) appointing Safron as Lead Plaintiff, pursuant to Section 27(a)(3)(B) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (3) approving Safron's selection of the law firm of Abraham, Fruchter & Twersky, LLP ("Abraham, Fruchter & Twersky") as Lead Counsel for the Class; and (4) granting any such other and further relief that the Court deems just and proper.

This Motion is made on the grounds that Safron timely filed this Motion, and is the "most adequate plaintiff" upon its belief that it is the movant with largest financial interest able to adequately represent the Class of investors who purchased the American Depository Shares ("ADSs") of DouYu International Holdings Limited ("DouYu" or the "Company") pursuant and/or traceable to the Registration Statement issued in connection with the Company's initial public offering on July 16, 2019.  Safron meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of the claims of other purchasers of the DouYu ADSs at issue, and Safron will fairly and adequately represent the interests of the other members of the Class.

Further, Safron has selected and retained Abraham, Fruchter & Twersky, an experienced and leading securities class action law firm that has been appointed sole or co-lead counsel in numerous complex securities class actions. Safron thus seeks this Court's approval of its selection of Abraham, Fruchter &

Twersky as Lead Counsel pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v).

In support of its Motion, Safron submits: (1) a Memorandum of Points and Authorities; (2) the Declaration of Ian D. Berg and accompanying exhibits; and (3) a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. However, under the PSLRA's procedures regarding the appointment of Lead Plaintiff, Safron will not know which other class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on May 26, 2020. Accordingly, Safron respectfully requests that Local Rule 7-3's conferral requirement be waived in this instance.

Dated: May 26, 2020    Respectfully Submitted,

**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**

_/s/ Ian D. Berg_
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
TAKEO A. KELLAR (SBN 234470)
TKellar@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582

_Counsel for Lead Plaintiff Movant_
_Safron Capital Corporation_

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on May 26, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

_____ /s/ *Ian D. Berg* _____
IAN D. BERG (SBN 263586)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582
IBerg@aftlaw.com