**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUDE LIANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiff,<br><br>       v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CMB INTERNATIONAL CAPITAL LIMITED, TENCENT HOLDINGS LIMITED, RICHARD ARTHUR, and COGENCY GLOBAL INC.,<br><br>       Defendants. | Case No. 2:20-cv-02747-SVW-MAA<br><br>**[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

(captions continue on following page)

[PROPOSED] ORDER
Case No. 2:20-cv-02747-SVW-MAA

|  |  |
|---|---|
| HENG HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, TENCENT HOLDINGS LIMITED, and COGENCY GLOBAL INC.,<br><br>Defendants. | Case No. 2:20-cv-03914-SVW-MAA |

Having considered all motions for appointment as Lead Plaintiff in the above-captioned action, and with good cause appearing,

**IT IS HEREBY ORDERED THAT**:

Having considered the application by Safron Capital Corporation seeking appointment as Lead Plaintiff and approval of their selection of Lead Counsel, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, and for good cause shown, the Court hereby enters the following Order:

1.     The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This order shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and consolidated with the Consolidated Action.

2.     A Master File is established for this proceeding. The Master File shall be 1:20-cv-02747.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

3.     Every pleading filed in the Consolidated Action shall bear the caption of the Master File and first filed case, 1:20-cv-02747, and shall identify immediately under the Case Number of the Master File the case numbers of all consolidated related cases.

4.     Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any

subsequently-filed or transferred related action.

5.     The Court hereby **APPOINTS** Safron Capital Corporation as Lead Plaintiff in the above-captioned action.

6.     The Lead Plaintiff, pursuant to pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, has selected the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel. This Court **APPROVES** the selection, and hereby **APPOINTS** Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel.

**IT IS SO ORDERED.**

DATED: _____                    _____

HON. STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER
Case No. 2:20-cv-02747-SVW-MAA