**ABRAHAM, FRUCHTER**
    **& TWERSKY, LLP**
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
TAKEO A. KELLAR (SBN 234470)
TKellar@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582

*Counsel for Lead Plaintiff Movant*
*Safron Capital Corporation*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDE LIANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CMB INTERNATIONAL CAPITAL LIMITED, TENCENT HOLDINGS LIMITED, RICHARD ARTHUR, and COGENCY GLOBAL INC., <br><br> Defendants. | Case No. 2:20-cv-02747-SVW-MAA <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF IAN D. BERG IN SUPPORT OF THE MOTION OF SAFRON CAPITAL CORPORATION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> Date: June 29, 2020 <br> Time: 1:30 p.m. <br> Judge: Hon. Stephen V. Wilson <br> Courtroom: 10A, 10th Floor |

(captions continue on following page)

DECLARATION OF IAN D. BERG ISO OF THE MOTION OF SAFRON
CAPITAL CORPORATION FOR APPT. AS LEAD PLAINTIFF
Case No. 2:20-cv-02747-SVW-MAA

HENG HUANG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, TENCENT HOLDINGS LIMITED, and COGENCY GLOBAL INC.,

Defendants.

Case No. 2:20-cv-03914-SVW-MAA

DECLARATION OF IAN D. BERG ISO OF THE MOTION OF SAFRON CAPITAL CORPORATION FOR APPT. AS LEAD PLAINTIFF
Case No. 2:20-cv-02747-SVW-MAA

I, Ian D. Berg, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP, counsel for the proposed lead plaintiff Safron Capital Corporation ("Safron").  I submit this declaration in support of Safron's motion to be appointed Lead Plaintiff and approve their selection of Lead Counsel in the above captioned matter.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of a press release published on March 24, 2020, on *Businesswire*, announcing the pendency of the above-captioned action.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of the Certification of Safron, setting forth its transactions in the securities of DouYu International Holdings Limited.

5.    Attached hereto at **Exhibit 3** is a chart that calculates the losses incurred by Safron from its purchases of American Depository Shares of DouYu International Holdings Limited.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 26th day of May 2020.

_____/s/ *Ian D. Berg*_____
IAN D. BERG

DECLARATION OF IAN D. BERG ISO OF THE MOTION OF SAFRON                    -1-
CAPITAL CORPORATION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:20-cv-02747-SVW-MAA

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 26, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Ian D. Berg*

IAN D. BERG (SBN 263586)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582
IBerg@aftlaw.com
