# EXHIBIT 2

CERTIFICATION OF SAFRON CAPITAL CORPORATION
IN SUPPORT OF CLASS ACTION COMPLAINT

Safron Capital Corporation ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against DouYu International Holdings Ltd. ("DouYu") and designate Abraham, Fruchter & Twersky, LLP as proposed lead counsel in this action and for all purposes.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff purchased 550 shares of DouYu common stock at a price of $11.50 per share in the July 16, 2019 initial public offering.

5. In the past three years, plaintiff has not served nor, sought to serve, as a representative party on behalf of a class in an action filed under the federal securities laws.

6. Plaintiff will not accept payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

day of April 27, 2020.

SAFRON CAPITAL CORPORATION