# EXHIBIT 3

**LOSS ANALYSIS**

Security:           DouYu International Holdings Limited
Ticker:              DOYU
Exchange:        Nasdaq
CUSIP:            39572G100
Relevant Period:    July 16, 2019 IPO to March 24, 2020

| SAFRON CAPITAL CORPORATION | | | | |
|---|---|---|---|---|
| **Date** | **Transaction Type** | **Number of Shares** | **Price Per Share** | **Total ($)** |
| 07/16/2019 | Purchase | 500 | $11.50 | ($5,750.00) |
| | | | | |
| 03/24/2020 | Shares Held | 500 | $6.69[1] | $3,345.00 |

| | |
|---|---|
| **Total:** | ($2,405.00) |

[1] *The value of retained shares is DouYu's closing price on March 24, 2020, the day the first complaint was filed.*