POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant Li Yunyan*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDE LIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CMB INTERNATIONAL CAPITAL LIMITED, TENCENT HOLDINGS LIMITED, RICHARD ARTHUR, and COGENCY GLOBAL INC.,<br><br>Defendants. | Case No. 2:20-cv-02747-SVW-MAA<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>DATE:  June 29, 2020<br>TIME:  1:30 p.m.<br>JUDGE:  Stephen V. Wilson<br>CTRM:  10A, 10th Floor |
| HENG HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff, | Case No. 2:20-cv-03914-SVW-MAA |

DECLARATION

vs.

DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, TENCENT HOLDINGS LIMITED, and COGENCY GLOBAL INC.,

Defendants.

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Li Yunyan ("Yunyan"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by Yunyan for consolidation, appointment as Lead Plaintiff for the Class, and approval of her selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Loss Chart of Yunyan;

Exhibit B:   Notice of pendency of the first of the above-captioned actions to be filed;

Exhibit C:   Shareholder Certification executed by Yunyan;

Exhibit D:   Declaration executed by Yunyan; and

Exhibit E:   Firm resume of Pomerantz;

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 26, 2020, at Calabasas, California.

_/s/ Jennifer Pafiti_
Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION
3