# EXHIBIT A

**DouYu International Holdings Limited (DOYU)**
**Class Period: Pursuant/Traceable to IPO on July 18, 2019**
**IPO Price: $11.50/share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 3/24/2020 Closing Price $6.6900 Estimated Value | Section 11* Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Li Yunyan | 7/17/2019 | 211,305 | $11.5000 | ($2,430,008) | 3/19/2020 | (100) | $8.0700 | $807 | | | |
| Li Yunyan | | | | | 3/27/2020 | (4,605) | $6.4100 | $29,518 | | | |
| Li Yunyan | | | | | 3/27/2020 | (1,000) | $6.4000 | $6,400 | | | |
| Li Yunyan | | | | | 3/27/2020 | (1,000) | $6.5000 | $6,500 | | | |
| Li Yunyan | | | | | 3/27/2020 | (1,000) | $6.4500 | $6,450 | | | |
| Li Yunyan | | | | | 4/1/2020 | (1,000) | $6.4000 | $6,400 | | | |
| Li Yunyan | | | | | 4/1/2020 | (1,000) | $6.4200 | $6,420 | | | |
| Li Yunyan | | | | | 4/1/2020 | (2,000) | $6.4300 | $12,860 | | | |
| Li Yunyan | | | | | 4/1/2020 | (1,000) | $6.4500 | $6,450 | | | |
| Li Yunyan | | | | | 4/1/2020 | (3,000) | $6.5000 | $19,500 | | | |
| Li Yunyan | | | | | 4/3/2020 | (1,000) | $6.9000 | $6,900 | | | |
| Li Yunyan | | | | | 4/3/2020 | (1,000) | $7.0500 | $7,050 | | | |
| **Li Yunyan** | | **211,305** | | **($2,430,008)** | | **(17,705)** | | **$115,255** | **211,205** | **$1,295,184** | **($1,015,669)** |

*Damages were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting:

i) the higher of the closing price the suit was filed ($6.69 on March 24, 2020) and the sale price from,

i) the lower of the purchase price and the IPO price ($11.50).