# EXHIBIT D

**DECLARATION IN SUPPORT OF MOTION OF LI YUNYAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, Li Yunyan, respectfully submit this Declaration in support of my motion for consolidation of related actions, appointment as Lead Plaintiff and approval of my selection of counsel in the instant class action on behalf of investors in the securities of DouYu International Holdings Limited ("DouYu" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2. I reside in Auckland, New Zealand. I am retired and previously worked as a professional manager. I am 52 years old and have been investing in the securities markets for approximately five years. As reflected in my Certification, I purchased DouYu securities and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3. I believe that the securities class action against DouYu is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the Class. Prior to filing my Lead Plaintiff motion: (a) I understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) I understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) I discussed this matter generally and the foregoing issues specifically with a Pomerantz LLP ("Pomerantz") attorney via telephone; (d) I approved the filing on my behalf seeking appointment as Lead Plaintiff; and (e) I approved Pomerantz as my designated Lead Counsel.

4.      I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, I selected Pomerantz to serve as Lead Counsel.  Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, I believe that the firm is well-qualified to represent the Class.

5.      Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  I will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this __ day of May, 2020.

_____

Li Yunyan