**ABRAHAM, FRUCHTER**
   **& TWERSKY, LLP**
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
TAKEO A. KELLAR (SBN 234470)
TKellar@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582

*Counsel for Lead Plaintiff Movant*
*Safron Capital Corporation*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDE LIANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., CMB INTERNATIONAL CAPITAL LIMITED, TENCENT HOLDINGS LIMITED, RICHARD ARTHUR, and COGENCY GLOBAL INC., <br><br> Defendants. | Case No. 2:20-cv-02747-SVW-MAA <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF IAN D. BERG IN FURTHER SUPPORT OF SAFRON CAPITAL CORPORATION'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO THE COMPETION MOTIONS** <br><br> Date: June 29, 2020 <br> Time: 1:30 p.m. <br> Judge: Hon. Stephen V. Wilson <br> Courtroom: 10A, 10th Floor |

(captions continue on following page)

DECLARATION OF IAN D. BERG IN FURTHER SUPPORT OF SAFRON
CAPITAL CORPORATION'S MOT. FOR APPT. AS LEAD PLAINTIFF
Case No. 2:20-cv-02747-SVW-MAA

HENG HUANG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, WENMING ZHANG, CHAO CHENG, MINGMING SU, HAO CAO, TING YIN, HAIYANG YU, XI CAO, XUEHAI WANG, ZHAOMING CHEN, ZHI YAN, TENCENT HOLDINGS LIMITED, and COGENCY GLOBAL INC.,

Defendants.

Case No. 2:20-cv-03914-SVW-MAA

I, Ian D. Berg, declare as follows:

1.     I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP, counsel for the proposed lead plaintiff Safron Capital Corporation ("Safron").  I am admitted to practice in the state of California and before this District Court.  I submit this Declaration in Further Support of Safron's Motion for Appointment as Lead Plaintiff and in Opposition to the Competing Motions.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the Incorporation Form (Company Limited by Shares) of Boluka Garment Co., Limited, dated October 21, 2013, as filed with the Hong Kong Companies Registry.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of the Certificate of Incorporation of Boluka Garment Co., Limited, dated October 31, 2013, as filed with the Hong Kong Companies Registry.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of the Notification of Change of Secretary and Director of Boluka Garment Co., Limited, dated January 15, 2014, as filed with the Hong Kong Companies Registry.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of the Notification of Change of Secretary and Director of Boluka Garment Co., Limited, dated June 26, 2015, as filed with the Hong Kong Companies Registry.

7.     Attached hereto as **Exhibit 5** is a true and correct copy of the certification form on the website of The Rosen Law Firm, P.A., as related to this action, available at: https://www.rosenlegal.com/cases-register-1810.html (last visited June 8, 2020).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June 2020.

/s/ *Ian D. Berg*
IAN D. BERG

DECLARATION OF IAN D. BERG IN FURTHER SUPPORT OF SAFRON
CAPITAL CORPORATION'S MOT. FOR APPT. AS LEAD PLAINTIFF
Case No. 2:20-cv-02747-SVW-MAA

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 8, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

_____ /s/ *Ian D. Berg*_____
IAN D. BERG (SBN 263586)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582
IBerg@aftlaw.com