# EXHIBIT 1



存案 Filed

公司註冊處
**Companies Registry**

法團成立表格
**(股份有限公司)**
**Incorporation Form**
**(Company Limited by Shares)**

（《公司條例》第 14A 條）
(Companies Ordinance s. 14A)

公司編號 CR No.
**1988849**

表格
**Form**   **NC1**

填表前請參閱《填表須知》。
Please read the Notes for Completion before completing this form.

---

(註 Note 8)   **1**   擬採用的公司名稱 **Intended Company Name**

擬採用的公司英文名稱 **Intended English Company Name**

> BOLUKA GARMENT CO., LIMITED

擬採用的公司中文名稱 **Intended Chinese Company Name**

> 博盧卡服飾有限公司

(註 Note 9)   **2**   公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

☑ 私人 Private          ☐ 非私人 Non-private

(註 Note 10)   **3**   公司在香港的註冊辦事處擬採用的地址
**The Intended Address of the Company's Registered Office in Hong Kong**

> FLAT B, 7/F., EUROPEAN ASIAN BANK BUILDING,
> 749 NATHAN ROAD, MONGKOK, KOWLOON.

（「轉交」地址及郵政信箱號碼恕不接受 *'Care of' addresses and post office box numbers are not acceptable*）

(註 Note 11)   **4**   電郵地址 **E-mail Address**

---

(註 Note 4)   提交人的資料 **Presentor's Reference**          請勿填寫本欄 **For Official Use**

姓名 Name :   Tony Services Ltd

地址 Address :   Flat B., 7/F., European Asian Bank Bldg.,
749 Nathan Road, Mongkok,
Kowloon

電話 Tel :   2396 9141          傳真 Fax :   2789 3362

電郵地址 E-mail Address :

檔號 Reference :

指明編號 1/2011 (修訂) (2011 年 2 月)
Specification No. 1/2011 (Revision) (Feb. 2011)

23000911632
NC1
25/10/2013

0007

表格
Form **NC1**

(註 Note 12) **5** 股本 **Share Capital**

| 擬註冊股本<br>**Share Capital to be Registered** | | | | 創辦成員共承購<br>各類股份的總面值 |
|---|---|---|---|---|
| 股份類別<br>Class of Shares | 股份數目<br>Number of Shares<br>(a) | 每股的面值<br>Nominal Value of<br>Each Share †<br>(b) | 各類股份的總面值<br>**Total** Nominal Value<br>of Each Class †<br>(a) x (b) | **Total** Nominal Value of<br>**Each** Class of Shares<br>to be Taken up by<br>Founder Member(s) †* |
| ORDINARY | 50,000 | HK$1.00 | HK$50,000.00 | HK$50,000.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | 總值 Total | HK$50,000.00 | HK$50,000.00 |

† 請註明貨幣單位(例如：港元、美元)
  Please specify the currency (e.g. HKD, USD)
* 請申報所有創辦成員共承購每類股份的總面值。
  Please state the **total** nominal value of **each class** of shares to be taken up by **all** the founder members of the company.

(註 Note 13) **6** 創辦成員 **Founder Members**
(如有超過兩名創辦成員，請用續頁 A 填報   Use Continuation Sheet A if more than 2 founder members)

**1** 中文姓名／名稱
**Name in Chinese**

> 周 家 平

英文姓名／名稱
**Name in English**

> ZHOU, JIAPING

地址
**Address**

> Rm 401, No. 71, Lane 1288, Fuyuan Rd., Shanghai, China

承購的股份
**Shares to be taken**

| ORDINARY | 50,000 |
|---|---|
| 股份類別 Class of shares | 股份數目 Number of shares |

**2** 中文姓名／名稱
**Name in Chinese**

英文姓名／名稱
**Name in English**

地址
**Address**

承購的股份
**Shares to be taken**

| | |
|---|---|
| 股份類別 Class of shares | 股份數目 Number of shares |

第二頁 Page 2

指明編號 1/2011 (修訂) (2011 年 2 月)
Specification No. 1/2011 (Revision) (Feb. 2011)

0003

表格 Form **NC1**

(註 Note 14)　**7**　首任秘書 **First Secretary**
(如有超過一名個人或法人團體秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 individual or corporate secretary)

**A. 個人秘書 Individual Secretary**

| 中文姓名 Name in Chinese | |
|---|---|

| 英文姓名 Name in English | |
|---|---|
| | 姓氏 Surname　　　　　　　　　名字 Other Names |

| 前用姓名 Previous Names | | 別名 Alias | |
|---|---|---|---|

(註 Note 15)　香港住址 Hong Kong Residential Address

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 16)　電郵地址 E-mail Address

(註 Note 17)　身份證明 Identification
a 香港身份證號碼 Hong Kong Identity Card Number

b 護照 Passport

簽發國家 Issuing Country　　　　號碼 Number

**B. 法人團體秘書 Corporate Secretary**

(註 Note 18)　中文名稱 Name in Chinese

東利服務有限公司

(註 Note 18)　英文名稱 Name in English

TONY SERVICES LIMITED

(註 Note 19)　香港地址 Hong Kong Address

FLAT B, 7/F., EUROPEAN ASIAN BANK BUILDING, 749 NATHAN ROAD, MONGKOK, KOWLOON

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 16)　電郵地址 E-mail Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

515332

指明編號 1/2011 (修訂) (2011 年 2 月)
Specification No. 1/2011 (Revision) (Feb. 2011)

0009

表格 Form **NC1**

(註 Note 14)  **8  首任董事 First Directors**

**A.  個人董事 Individual Director**
(如有超過一名個人董事,請用續頁 C 填報  Use Continuation Sheet C if more than 1 individual director)

| | |
|---|---|
| 中文姓名<br>**Name in Chinese** | 周家平 |

| | 姓氏 Surname | 名字 Other Names |
|---|---|---|
| 英文姓名<br>**Name in English** | ZHOU | JIAPING |

| | |
|---|---|
| 前用姓名<br>**Previous Names** | |
| 別名<br>**Alias** | |

(註 Note 20)

| | | |
|---|---|---|
| 住址<br>**Residential Address** | RM 401, No. 71, Lane 1288, Fuyuan Rd., Shanghai, China | |
| | | 國家 Country |

(註 Note 21)

| | |
|---|---|
| 電郵地址<br>**E-mail Address** | |

(註 Note 22)

**身份證明 Identification**

a  香港身份證號碼
   Hong Kong Identity Card Number

**CHINA ID. 310102196002214036**

| | 簽發國家 Issuing Country | 號碼 Number |
|---|---|---|
| b  護照<br>   Passport | | |

(註 Note 24)

<u>提示 Advisory Note</u>

所有公司董事均應閱讀公司註冊處編製的《董事責任指引》,並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

(註 Note 25)

**出任董事職位同意書 Consent to Act as Director**
請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓]  本人同意在公司成立為法團時出任其董事,並確認本人已年滿 **18** 歲。
     **I consent to act as a director of the company on its incorporation and confirm that I have attained the age of 18 years.**

簽署 Signed : _Zhou Jin M̄g_

[ ]  出任董事職位同意書會於公司成立為法團的日期後 **14** 天內提交。
     **The Consent to Act as Director will be submitted not later than 14 days after the date of incorporation of the company.**

指明編號 1/2011 (修訂) (2011 年 2 月)
Specification No. 1/2011 (Revision) (Feb. 2011)

第四頁 Page 4

0010

表格
Form **NC1**

## 8    首任董事 First Directors    (續上頁 cont'd)

### B. 法人團體董事 Corporate Director
(如有超過一名法人團體董事，請用續頁 D 填報  Use Continuation Sheet D if more than 1 corporate director)

| | |
|---|---|
| 中文名稱<br>**Name in Chinese** | |
| 英文名稱<br>**Name in English** | |

(註 Note 23)

地址
**Address**

|  | 國家 Country |
|---|---|
| | |

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 21)

電郵地址
**E-mail Address**

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

(註 Note 24)

| 提示 Advisory Note |
|---|
| 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |

(註 Note 25)

出任董事職位同意書 **Consent to Act as Director**
請在適用的空格內加上 ✓ 號  Please tick the relevant box

☐ 本人獲上述公司授權確認上述公司同意在公司成立為法團時出任其董事。
**I, being authorised by the above named company, confirm that the above company consents to act as a director of this company on its incorporation.**

簽署 Signed  : _____
法人團體董事的董事／秘書／獲授權人士\*
Director／Secretary／Authorised Person of the Corporate Director\*

☐ 出任董事職位同意書會於公司成立為法團的日期後 **14** 天內提交。
**The Consent to Act as Director will be submitted not later than 14 days after the date of incorporation of the company.**

\*請刪去不適用者  Delete whichever does not apply

第五頁 Page 5

指明編號 1/2011 (修訂) (2011 年 2 月)
Specification No. 1/2011 (Revision) (Feb. 2011)

0011

表格 Form **NC1**

(註 Note 6)    **9**    創辦成員陳述書 Statement of Founder Member

本人現核證 I certify that：

**(a)**    本人為公司的創辦成員或獲其授權人士 (如創辦成員為法人團體) 並獲其他創辦成員 (如有的話) 授權簽署本表格。
I am a founder member of this company or an authorised person of a corporate founder member (if applicable) and am authorised by the other founder members (if any) to sign this incorporation form.

**(b)**    名列本表格內但未簽署「出任董事職位同意書」的每一名董事已同意在公司成立為法團時擔任其董事，每名個人董事並且已年滿 **18** 歲。
Each of the directors named in this form who has not signed the 'Consent to Act as Director' has consented to be a director of this company on its incorporation and each individual director has attained the age of 18 years.

**(c)**    所有創辦成員已按照《公司條例》第 **6** 及 **12** 條簽署公司的組織章程大綱及組織章程細則 (如有的話)，並確認連同本表格交付的公司章程大綱及章程細則 (如有的話) 的副本的內容，與由所有創辦成員簽署的該等章程大綱及章程細則的內容相同。
The company's Memorandum of Association and Articles of Association (if any) have been signed by all founder members in accordance with sections 6 and 12 of the Companies Ordinance.  The contents of the copies of the company's Memorandum and Articles (if any) delivered together with this form are the same as those of the Memorandum and Articles signed by all founder members.

**(d)**    本表格所載的詳情屬準確，以及與公司組織章程大綱及章程細則所載的詳情相符。
The particulars contained in this form are accurate and consistent with those contained in the Memorandum and Articles of Association of this company.

**(e)**    公司已遵從《公司條例》中與註冊有關的所有規定及與註冊的先決及附帶事宜有關的所有規定。
This company has complied with all the requirements of the Companies Ordinance in respect of registration and of matters precedent and incidental thereto.

本表格包括下列續頁。 This Form includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

(註 Note 6)    簽署 Signed: *Zhou Jia Rf*

姓名 Name :    _____ZHOU, JIAPING_____    日期 Date :    ____21/10//2013____
創辦成員 Founder Member                              日 DD / 月 MM / 年 YYYY

指明編號 1/2011 (修訂) (2011 年 2 月)
Specification No. 1/2011 (Revision) (Feb. 2011)

第六頁 Page 6

0012