# EXHIBIT 2



**No.** 1988849
編號

## 公 司 註 冊 處
### COMPANIES REGISTRY

# CERTIFICATE OF INCORPORATION
## 公 司 註 冊 證 書

———————— * * * ————————

**I hereby certify that**
本 人 謹 此 證 明

## BOLUKA GARMENT CO., LIMITED
## 博盧卡服飾有限公司

**is this day incorporated in Hong Kong under the Companies Ordinance**
於 本 日 根 據 《 公 司 條 例 》（ 香 港 法 例 第 32 章 ）

**(Chapter 32 of the Laws of Hong Kong) and that this company is limited.**
在 香 港 註 冊 成 為 有 限 公 司 。

**Issued on**    31 October 2013 .
本 證 書 於 二 〇 一 三 年 十 月 三 十 一 日 發 出 。

Ms Ada L L CHUNG
...................................................................
*Registrar of Companies*
*Hong Kong Special Administrative Region*
香港特別行政區公司註冊處處長鍾麗玲

Note 註：

Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.
公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何其他知識產權。