# EXHIBIT 3

**CR** 公司註冊處
**Companies Registry**

秘書及董事更改通知書(委任／離任)
**Notification of Change of Secretary and Director**
**(Appointment／Cessation)**

（《公司條例》第 158(4)、(4AA) 及 (9A)條）
(Companies Ordinance s. 158(4), (4AA) & (9A))

表格
**Form D2A**

公司編號 **Company Number**

1988849

重要事項 **Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
  Please read the accompanying notes before completing this form.
  Please print in black ink.

**1** 公司名稱 **Company Name**

BOLUKA GARMENT CO., LIMITED
博盧卡服飾有限公司

**2** 更改詳情 **Details of Change**

**A.** 秘書／董事的離任 **Cessation to Act as Secretary／Director**
(如有超過一名秘書／董事離任，請用續頁 A 填報 Use Continuation Sheet A if more than 1 secretary／director ceased to act)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(註 Note 6) 身份 **Capacity**
- [ ] 秘書 Secretary
- [ ] 董事 Director
- [ ] 候補董事 Alternate Director

代替 Alternate to

個人秘書／董事的姓名 **Name of Individual Secretary／Director**

| 中文姓名 Name in Chinese | 英文姓氏 Surname in English | 英文名字 Other Names in English |
| --- | --- | --- |
| | | |

(註 Note 7) 身份證明 **Identification**

| 香港身份證號碼 HK Identity Card Number | 護照號碼 Passport Number |
| --- | --- |
| | |

或 **OR**

(註 Note 8) 法人團體秘書／董事的中文及英文名稱
**Chinese and English Names of Corporate Secretary／Director**

離任原因 **Reason for Cessation**
- [ ] 辭職／其他 Resignation／Others
- [ ] 去世 Deceased

(註 Note 9) 離任日期 **Date of Cessation**

| 日 DD | 月 MM | 年 YYYY |
| --- | --- | --- |
| | | |

(註 Note 10) 請述明上述離任董事／候補董事在離任日期後，是否繼續擔任公司的候補董事／董事職位
Please indicate whether the director／alternate director who is ceasing to act will continue to hold office as alternate director／director in the company after the date of cessation

- [ ] 是 Yes
- [ ] 否 No

(註 Note 4) 提交人的資料 **Presentor's Reference**

姓名 Name: Tony Services Limited

地址 Address: Flat B, 7/F., European Asian Bank Bldg.,
749 Nathan Road, Mongkok, Kowloon

電話 Tel: 2396 9142    傳真 Fax: 2789 3362

電郵地址 E-mail Address:

檔號 Reference:

請勿填寫本欄 For Official Use



23300893670
D2A                1988849
13/02/2014

13 FEB 2014
文件管理組
Document Management Section

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

表格 **D2A**
Form

公司編號 **Company Number**

| 1988849 |

**2  更改詳情 Details of Change** (續上頁 cont'd)

**B.  個人秘書／董事的委任 Appointment of Individual Secretary／Director**
(如委任超過一名個人秘書／董事，請用續頁 B 填報)
*(Use Continuation Sheet B if more than 1 individual secretary／director is appointed)*

請在適用的空格內加上 ✓ 號  *Please tick the relevant box(es)*

(註 Note 11)  身份 [ ] 秘書  [✓] 董事  [ ] 候補董事  | 代替 Alternate to
**Capacity**  Secretary  Director  Alternate Director |

中文姓名
**Name in Chinese**  | 周　越 |

英文姓名
**Name in English**  | ZHOU | YUE |
　　　　　　　　　　　姓氏 Surname　　　　　　名字 Other Names

前用姓名
**Previous Names**  | |

別名
**Alias**  | |

(註 Note 12)  住址
**Residential Address**  | Rm 401, No. 71, Lane 1288, Fuyuan Road, Shanghai | China |
　　　　　　　　　　　　　　　　　　　　　　　國家 Country

(「轉交」地址及郵政信箱號碼恕不接受 *'Care of' addresses and post office box numbers are not acceptable*)

(註 Note 13)  電郵地址
**E-mail Address**  | |

(註 Note 14)  身份證明 Identification　　　　　CHINA ID NO.: 310102198908153654

a  香港身份證號碼
　　Hong Kong Identity Card Number  | |

b  護照
　　Passport  | China | G32092477 |
　　　　　　　　簽發國家 Issuing Country　　　號碼 Number

委任日期 Date of Appointment  | 15 | 1 | 2014 |
　　　　　　　　　　　　　　　日 DD　月 MM　年 YYYY

(註 Note 15)  請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事  [ ] 是 Yes
Please indicate whether the director／alternate director whose appointment is
reported above is already an existing alternate director／director in the company at  [✓] 否 No
the time of the above appointment

(註 Note 16)  **提示 Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，
並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory
Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves
with the general duties of directors outlined in the Guidelines.

(註 Note 16)  **出任董事職位同意書 Consent to Act as Director**

本人同意出任公司的董事／候補董事*，並確認本人已年滿 18 歲。
I consent to act as a director／alternate director* of this company and confirm that I have attained the age
of 18 years.

簽署 Signed　　:　　周越

*請刪去不適用者  *Delete whichever does not apply*

指明編號  2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

第二頁 Page 2

表格
Form **D2A**

公司編號 **Company Number**

1988849

**2** 更改詳情 **Details of Change** (續上頁 cont'd)

**C.** 法人團體秘書／董事的委任 **Appointment of Corporate Secretary／Director**
(如委任超過一名法人團體秘書／董事，請用續頁C填報)
*(Use Continuation Sheet C if more than 1 corporate secretary／director is appointed)*

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

(註 Note 17) 身份 □ 秘書 □ 董事 □ 候補董事    代替 Alternate to
**Capacity**    Secretary    Director    Alternate Director

(註 Note 18) 中文名稱
**Name in Chinese**

(註 Note 18) 英文名稱
**Name in English**

(註 Note 19) 地址
**Address**
國家 Country
(「轉交」地址及郵政信箱號碼恕不接受 *'Care of' addresses and post office box numbers are not acceptable*)

(註 Note 20) 電郵地址
**E-mail Address**

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
*(Only applicable to body corporate registered in Hong Kong)*

委任日期 **Date of Appointment**

日 DD    月 MM    年 YYYY

(註 Note 21) 請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事    □ 是 Yes
Please indicate whether the director／alternate director whose appointment is reported
above is already an existing alternate director／director in the company at the time of    □ 否 No
the above appointment

(註 Note 22)

提示 **Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，
並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory
Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves
with the general duties of directors outlined in the Guidelines.

(註 Note 22) 出任董事職位同意書 **Consent to Act as Director**

本人謹代表上述公司確認，上述公司同意出任公司的董事／候補董事*。
I, acting on behalf of the above named company, confirm that the above company consents to act as a
director／alternate director* of this company.

簽署 Signed    : _____
法人團體董事的董事／秘書／獲授權人士*
Director／Secretary／Authorized Person of the Corporate Director*

本通知書包括下列續頁。 **This Notification includes the following Continuation Sheet(s).**

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

(註 Note 5) 簽署 Signed    : *Zhou Jia Ping*

姓名 Name    : ZHOU JIAPING    日期 Date    : 15/01/2014
董事 Director／秘書 ~~Secretary~~ *    日 DD  /  月 MM  /  年 YYYY

*請刪去不適用者 *Delete whichever does not apply*

第三頁 Page 3 of 3

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)