# EXHIBIT 4

存案 Filed

**CR**

公司註冊處
**Companies Registry**

公司秘書及董事辭職通知書
**Notice of Resignation of
Company Secretary and Director**

表格
**Form ND4**

公司編號 **Company Number**

1988849

註 **Note**

**1** 公司名稱 **Company Name**

BOLUKA GARMENT CO., LIMITED
博盧卡服飾有限公司

**2** 公司秘書／董事的辭職 **Resignation of Company Secretary／Director**

**A.** 現時在公司註冊處登記的詳情 **Particulars Currently Registered with the Companies Registry**

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

**6** 身分
**Capacity**

☐ 公司秘書 Company Secretary  ☑ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to

公司秘書／董事的詳情 **(自然人)** Particulars of Company Secretary／Director (Natural Person)

| | |
|---|---|
| 中文姓名 **Name in Chinese** | 周 越 |
| 英文姓名 **Name in English** 姓氏 Surname | ZHOU |
| 名字 Other Names | YUE |

**7** 身分證明
**Identification**

( )

香港身分證號碼
Hong Kong Identity Card Number

護照號碼
Passport Number

或 **OR**

**8** 公司秘書／董事的詳情 **(法人團體)** Particulars of Company Secretary／Director (Body Corporate)

中文及英文名稱 **Chinese and English Names**

**B.** 辭職詳情 **Details of Resignation**

辭職日期
**Date of Resignation**

2 5 JUN 2015

日 DD    月 MM    年 YYYY

**9** 上述董事或候補董事在辭職日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of resignation?

☐ 是 Yes

☐ 否 No

**3** 提交人資料 **Presenter's Reference**

姓名 Name:  TONY SERVICES LTD
地址 Address:  FLAT B, 7/F., EUROPEAN ASIAN BANK
BUILDING, 749 NATHAN ROAD,
MONGKOK, KOWLOON

請加填寫本欄 **For Official Use**

22901370277
ND4        1988849
20/08/2015

**CR**
文件日期 RECEIVED

2 0 AUG 2015

文件管理組
Document Management
Section

電話 Tel:  2396 9141    傳真 Fax:  2789 3362
電郵 Email:
檔號 Reference:

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格
Form **ND4**

公司編號 **Company Number**

1988849

**⑩ 3 辭職通知 Notice of Resignation**

請在適用的空格內加上 ✓ 號  *Please tick the relevant box*

☐ 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知；本人亦已按照該規定發出辭職通知。
**I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company and I have given notice of resignation in accordance with the requirement.**

☐ 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知。本人並未按照該規定發出通知，但已將辭職通知的印本送交該公司；或將該通知的電子版發送予該公司；或將該通知留在該公司的註冊辦事處。
**I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company. I have not given notice of resignation in accordance with the requirement but I have sent the notice of resignation to the Company in hard copy form or in electronic form, or have left it at the registered office of the Company.**

☑ 按照上述公司的章程細則或本人與該公司訂立的任何協議，本人不須向該公司發出辭職通知。
**I am not required by the articles of the above-named Company or by any agreement with the Company to give notice of resignation to the Company.**

**⑤ 簽署 Signed :** *Zhou Yue*

姓名 Name : ZHOU YUE    周越    日期 Date : 26  06  2015

辭職的公司秘書／董事 *
Resigning Company ~~Secretary~~／Director *

日 DD  /  月 MM  /  年 YYYY

* 請刪去不適用者 *Delete whichever does not apply*