POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Lead Plaintiff Li Yunyan and*
*Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDE LIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED *et al.*,<br><br>Defendants. | Case No. 2:20-cv-02747-SVW-MAA<br><br>STIPULATION<br><br>JUDGE:  Stephen V. Wilson<br>CTRM:  10A, 10th Floor |

STIPULATION

Lead Plaintiff Li Yunyan ("Yunyan" or "Plaintiff") and Defendant DouYu International Holdings Limited ("DouYu"), by and through their respective counsel, hereby stipulate, pursuant to the Court's approval, as follows:

WHEREAS, on August 18, 2020, the Court entered an order consolidating two related actions under the above caption (the "Action") pursuant to Fed. R. Civ. P. 42(a), appointing Yunyan as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approving Yunyan's selection of Lead Counsel for the Class pursuant to the PSLRA;

WHEREAS, American Depositary Shares issued by DouYu trade on the Nasdaq Global Select Market, located in New York, New York, and DouYu's registered agent for service of process, Cogency Global Inc. (also a Defendant in this Action) is located in New York, New York; and

WHEREAS, Yunyan and DouYu agree that pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of parties and witnesses, the Action should be transferred to the United States District Court for the Southern District of New York ("S.D.N.Y.");

**NOW, THEREFORE**, Yunyan and DouYu stipulate and agree, subject to the approval of the Court, as follows:

1.     Pursuant to 28 U.S.C. § 1404(a), this Action is hereby transferred to the S.D.N.Y.; and

2.      All deadlines in the Action are held in abeyance until such time as a schedule is agreed upon and/or ordered by the transferee court.

IT IS SO STIPULATED.

DATED:  September 1, 2020                          POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Li Yunyan and*
*Lead Counsel for the Class*

DATED:  September 1, 2020                          DAVIS POLK & WARDWELL LLP

*/s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
Ian C.J. Hogg (SBN 313924)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
neal.potischman@davispolk.com
ian.hogg@davispolk.com

*Counsel for Defendant DouYu*
*International Holdings Limited*

STIPULATION

2