JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDE LIANG, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:20-cv-02747-SVW-MAA |
| Plaintiff, | ORDER |
| vs. | |
| DOUYU INTERNATIONAL HOLDINGS LIMITED *et al.*, | JUDGE:  Stephen V. Wilson<br>CTRM:  10A, 10th Floor |
| Defendants. | |

[PROPOSED] ORDER

WHEREAS, Lead Plaintiff Li Yunyan and Defendant DouYu International Holdings Limited having stipulated to transfer the above-captioned action ("Action") to the U.S. District Court for the Southern District of New York ("S.D.N.Y.") pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of parties and witnesses;

**NOW, THEREFORE**:

1.    Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this action, immediately and in its entirety, to the S.D.N.Y.

2.    All deadlines in the Action are held in abeyance until such time as a schedule is agreed upon and/or ordered by the transferee court.

**IT IS SO ORDERED.**

DATED:   September 2, 2020

_____
UNITED STATES DISTRICT JUDGE