ACCO,(MAAx),CLOSED,CONSOLTR,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:20–cv–02747–SVW–MAA

Lude Liang v. Douyu International Holdings Limited, et al
Assigned to: Judge Stephen V. Wilson
Referred to: Magistrate Judge Maria A. Audero
Member case:
   2:20–cv–03914–SVW–MAA
 Related Case:  2:20–cv–03914–SVW–MAA
Cause: 28:1331 Fed. Question: Securities Violation

Date Filed: 03/24/2020
Date Terminated: 09/02/2020
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

## Plaintiff

**Lude Liang**
*individually and on behalf of all others similarly situated*

represented by **Laurence M Rosen**
Rosen Law Firm PA
355 South Grand Avenue Suite 2450
Los Angeles, CA 90071
213–785–2610
Fax: 213–226–4684
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

V.

## Consol Plaintiff

**Heng Huang**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Jennifer Pafiti**
Pomerantz LLP
1100 Glendon Avenue 15th Floor
Los Angeles, CA 90024
310–405–7190
Fax: 917–463–1044
Email: jpafiti@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Movant

**Boluka Garment Co., Limited**

represented by **Laurence M Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Movant

**Safron Capital Corporation**

represented by **Ian D Berg**
Abraham Fruchter and Twersky LLP
11622 El Camino Real Suite 100
San Diego, CA 92130
858–764–2580

Fax: 858–792–3449
Email: iberg@aftlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Li Yunyan**                                           represented by **Jennifer Pafiti**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Douyu International Holdings Limited**

**Defendant**

**Shaojie Chen**

**Defendant**

**Wenming Zhang**

**Defendant**

**Chao Cheng**

**Defendant**

**Mingming Su**

**Defendant**

**Hao Cao**

**Defendant**

**Ting Yin**

**Defendant**

**Haiyang Yu**

**Defendant**

**Xi Cao**

**Defendant**

**Xuehai Wang**

**Defendant**

**Zhaoming Chen**

**Defendant**

**Zhi Yan**

**Defendant**

**Morgan Stanley and Co. LLC**

**Defendant**

**J.P. Morgan Securities LLC**

**Defendant**

**BofA Securities, Inc.**

**Defendant**

**CMB International Capital–Limited**

**Defendant**

**Tencent Holdings Limited**

**Defendant**

**Richard Arthur**

**Defendant**

**Cogency Global Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2020 | Ï 1 | COMPLAINT Receipt No: ACACDC–25845464 – Fee: $400, filed by Plaintiff Lude Liang. (Attachments: # 1 PSLRA Certification) (Attorney Laurence M Rosen added to party Lude Liang(pty:pla))(Rosen, Laurence) (Entered: 03/24/2020) |
| 03/24/2020 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/24/2020) |
| 03/24/2020 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/24/2020) |
| 03/24/2020 | Ï 4 | CERTIFICATE of Interested Parties filed by Plaintiff Lude Liang, (Rosen, Laurence) (Entered: 03/24/2020) |
| 03/25/2020 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Stephen V. Wilson and Magistrate Judge Jean P. Rosenbluth. (esa) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (esa) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 7 | NOTICE OF DEFICIENCIES in Request to Issue Summons. The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. The date and signature line must be left blank. Please do not combine all of the requests together in one filing. The summonses cannot be issued until this defect has been corrected. Please correct the defect and re–file your request. (esa) (Entered: 03/25/2020) |

| 03/25/2020 | Ï 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/25/2020) |
|---|---|---|
| 03/25/2020 | Ï 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 10 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 11 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 12 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 13 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lude Liang. (Rosen, Laurence) (Entered: 03/25/2020) |
| 03/26/2020 | Ï 14 | NEW CASE ORDER upon filing of the complaint by Judge Stephen V. Wilson. (pc) (Entered: 03/26/2020) |
| 03/26/2020 | Ï 15 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant Tencent Holdings Limited. (mrgo) (Entered: 03/26/2020) |
| 03/26/2020 | Ï 16 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant Morgan Stanley and Co. LLC. (mrgo) (Entered: 03/26/2020) |
| 03/26/2020 | Ï 17 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant J.P. Morgan Securities LLC. (mrgo) (Entered: 03/26/2020) |
| 03/26/2020 | Ï 18 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant CMB International Capital–Limited. (mrgo) (Entered: 03/26/2020) |
| 03/26/2020 | Ï 19 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant BofA Securities, Inc. (mrgo) (Entered: 03/26/2020) |
| 03/26/2020 | Ï 20 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendants Richard Arthur, Hao Cao, Xi Cao, Shaojie Chen, Zhaoming Chen, Chao Cheng, Cogency Global Inc., Douyu International Holdings Limited, Mingming Su, Xuehai Wang, Zhi Yan, Ting Yin, Haiyang Yu, Wenming Zhang. (mrgo) (Entered: 03/26/2020) |
| 03/31/2020 | Ï 21 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Jean P. Rosenbluth. ORDER case returned to the Clerk for random reassignment Discovery pursuant to General Order 05–07. Case randomly reassigned from Magistrate Judge Jean P. Rosenbluth to Magistrate Judge Maria A. Audero for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:20–cv–02747 SVW(MAAx). (rn) (Entered: 03/31/2020) |
| 04/01/2020 | Ï 22 | NEW CASE ORDER upon filing of the complaint by Judge Stephen V. Wilson. (pc) (Entered: 04/01/2020) |
| 05/26/2020 | Ï 23 | NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–02747 and 2:20–cv–03914,, NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Boluka Garment Co., Limited. Motion set for hearing on 6/29/2020 at 01:30 PM before Judge Stephen V. Wilson. (Attachments: # 1 Proposed Order) (Attorney Laurence M Rosen added to party Boluka Garment Co., Limited(pty:mov)) (Rosen, Laurence) (Entered: 05/26/2020) |

| 05/26/2020 | 24 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–02747 and 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 23 filed by Movant Boluka Garment Co., Limited. (Rosen, Laurence) (Entered: 05/26/2020) |
|---|---|---|
| 05/26/2020 | 25 | DECLARATION of Laurence M. Rosen in support of NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–02747 and 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 23 filed by Movant Boluka Garment Co., Limited. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Firm Resume)(Rosen, Laurence) (Entered: 05/26/2020) |
| 05/26/2020 | 26 | *Certification and* NOTICE of Interested Parties filed by Movant Boluka Garment Co., Limited, (Rosen, Laurence) (Entered: 05/26/2020) |
| 05/26/2020 | 27 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* filed by Movant Safron Capital Corporation. Motion set for hearing on 6/29/2020 at 01:30 PM before Judge Stephen V. Wilson. (Attachments: # 1 Proposed Order) (Attorney Ian D Berg added to party Safron Capital Corporation(pty:mov)) (Berg, Ian) (Entered: 05/26/2020) |
| 05/26/2020 | 28 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 27 filed by Movant Safron Capital Corporation. (Berg, Ian) (Entered: 05/26/2020) |
| 05/26/2020 | 29 | DECLARATION of Ian D. Berg in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 27 filed by Movant Safron Capital Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Berg, Ian) (Entered: 05/26/2020) |
| 05/26/2020 | 30 | NOTICE of Interested Parties filed by Lead Plaintiff Movant Li Yunyan, (Attorney Jennifer Pafiti added to party Li Yunyan(pty:mov))(Pafiti, Jennifer) (Entered: 05/26/2020) |
| 05/26/2020 | 31 | NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–03914,, NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* filed by Lead Plaintiff Movant Li Yunyan. Motion set for hearing on 6/29/2020 at 01:30 PM before Judge Stephen V. Wilson. (Attachments: # 1 Proposed Order) (Pafiti, Jennifer) (Entered: 05/26/2020) |
| 05/26/2020 | 32 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 31 filed by Movant Li Yunyan. (Pafiti, Jennifer) (Entered: 05/26/2020) |
| 05/26/2020 | 33 | DECLARATION of Jennifer Pafiti in Support of NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 31 filed by Movant Li Yunyan. (Attachments: # 1 Exhibit A – Loss Chart, # 2 Exhibit B – Press Release, # 3 Exhibit C – Certification, # 4 Exhibit D – Yunyan Declaration, # 5 Exhibit E – Firm Resume)(Pafiti, Jennifer) (Entered: 05/26/2020) |
| 06/08/2020 | 34 | NOTICE OF NON–OPPOSITION TO COMPETING MOTION OF LI YUNYAN TO CONSOLIDATE RELATED ACTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL filed by Movant Boluka Garment Co., Limited. (Rosen, Laurence) (Entered: 06/08/2020) |

| | | |
|---|---|---|
| 06/08/2020 | 35 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 31 filed by Movant Li Yunyan. (Pafiti, Jennifer) (Entered: 06/08/2020) |
| 06/08/2020 | 36 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 31 , NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–02747 and 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 23 filed by Movant Safron Capital Corporation. (Berg, Ian) (Entered: 06/08/2020) |
| 06/08/2020 | 37 | DECLARATION of Ian D. Berg in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 27 *and In Opposition to the Competing Motions* filed by Movant Safron Capital Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Berg, Ian) (Entered: 06/08/2020) |
| 06/15/2020 | 38 | REPLY in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 27 filed by Movant Safron Capital Corporation. (Berg, Ian) (Entered: 06/15/2020) |
| 06/15/2020 | 39 | REPLY IN FURTHER SUPPORT OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:20–cv–03914, NOTICE OF MOTION AND MOTION for Appointment of Counsel *NOTICE OF MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL* 31 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 27 filed by Movant Li Yunyan. (Pafiti, Jennifer) (Entered: 06/15/2020) |
| 06/23/2020 | 40 | IN CHAMBERS ORDER–TEXT ONLY ENTRY by Judge Stephen V. Wilson re: 27 MOTION for Appointment of Counsel and Lead Plaintiff filed by Movant Safron Capital Corporation; and 31 MOTION to Consolidate Cases, as to 2:20–cv–03914, MOTION for Appointment of Counsel MOTION OF LI YUNYAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL filed by Lead Plaintiff Movant Li Yunyan – The motions are submitted. Order to issue. The hearing previously scheduled for 06/29/2020 at 1:30 p.m. is vacated and off–calendar. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (pc) TEXT ONLY ENTRY (Entered: 06/23/2020) |
| 08/18/2020 | 41 | ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL by Judge Stephen V. Wilson re: 31 MOTION to Consolidate Cases; 31 MOTION for Appointment of Counsel. IT IS HEREBY ORDERED THAT: I. CONSOLIDATION OF RELATED ACTIONS 1. Pursuant to Federal Rule of Civil Procedure 42, the above–captioned related–actions are hereby consolidated for all purposes into one action.II. CAPTIONING OF THIS ACTION 3. Every pleading in this Consolidated Action shall bear the following Caption: UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA IN RE DOUYU INTERNATIONAL HOLDINGS LIMITED SECURITIES LITIGATION No. 2:20–cv–02747–SVW–MAA. (See document for details) (mrgo) (Entered: 08/18/2020) |
| 08/18/2020 | 42 | MINUTE ORDER (IN CHAMBERS) GRANTING MOTION FOR APPOINTMENT OF LI YUNYAN AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL, AND DENYING COMPETING MOTIONS 31 27 23 by Judge Stephen V. Wilson. The Court GRANTS |

| | | |
|---|---|---|
| | | Li's motion for appointment as Lead Plaintiff and approves her choice of Pomerantz as Lead Counsel. Additional procedural instructions will be contained in an accompanying Order issued by the Court. (See document for details) (mrgo) (Entered: 08/18/2020) |
| 09/01/2020 | 43 | STIPULATION to Transfer Case to Southern District of New York filed by Lead Plaintiff Li Yunyan. (Attachments: # 1 Proposed Order)(Pafiti, Jennifer) (Entered: 09/01/2020) |
| 09/02/2020 | 44 | ORDER by Judge Stephen V. Wilson transferring case to Southern District of New York. THEREFORE: 1. Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this action, immediately and in its entirety, to the S.D.N.Y. 2. All deadlines in the Action are held in abeyance until such time as a schedule is agreed upon and/or ordered by the transferee court. Case transferred electronically on 9/2/2020. (MD JS–6. Case Terminated.) (mrgo) (Entered: 09/02/2020) |