| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ------------------------------------------------------------------- x <br> **LUDE LIANG,** *individually and on behalf of all others similarly situated*, <br><br>                                 **Plaintiff,** <br><br>           -against- <br><br> **DOUYU INTERNATIONAL HOLDINGS LIMITED, ET AL.,** <br><br>                               **Defendants.** <br> ------------------------------------------------------------------- x | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 9/17/2020 <br><br><br> 1:20-CV-7234 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before October 1, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **September 17, 2020**

                                              **ANDREW L. CARTER, JR.**
                                            **United States District Judge**