UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/23/2020__

IN RE DOUYU INTERNATIONAL HOLDINGS LIMITED SECURITIES LITIGATION

No. 1:20-CV-07234-ALC

[~~PROPOSED~~] REVISED SCHEDULING ORDER

WHEREAS, the above-captioned action (the "Action") is a putative class action alleging securities claims against Defendants[1];

WHEREAS, the Action was initially two separate actions filed in U.S. District Court for the Central District of California, in which Judicial District the two actions were consolidated, and Li Yunyan was appointed as Lead Plaintiff for the putative Class on August 18, 2020, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (*see* Dkt. No. 41);

WHEREAS, on September 2, 2020, pursuant to the Parties' Stipulation (Dkt. No. 43), this Action was ordered transferred to U.S. District Court for the Southern District of New York (Dkt. No. 44);

WHEREAS, through their undersigned counsel, Defendants have waived service of the initial Complaints filed in the Action; and

WHEREAS, on October 2, 2020, the Court so-ordered the parties' stipulation setting deadlines for an amended complaint and defendants' responses to the complaint (the "Scheduling Order" (ECF No. 65));

---

[1] DouYu International Holdings Limited ("DouYu") and Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, and BofA Securities, Inc. (together, "Underwriters") are, collectively with DouYu, "Defendants."

WHEREAS, on November 20, 2020, Lead Plaintiff filed a letter with the Court requesting an extension of the deadlines in the Scheduling Order (the "Request" (ECF No. 66));

Upon consideration of the Request, the Court ORDERS as follows:

1. Lead Plaintiff shall file an Amended Complaint by December 22, 2020.

2. Defendants' deadline to answer or respond to the Amended Complaint, including by filing a letter requesting a pre-motion conference pursuant to Section 2.A of the Court's Individual Practices concerning Defendants' anticipated motion to dismiss the Amended Complaint, shall be February 19, 2021.

3. In the event that the Court enters an order permitting Defendants to move against the Amended Complaint, Defendants' deadline to file such motion shall be thirty (30) days from the entry of such order; Plaintiffs' deadline to oppose such motion shall be sixty (60) days after the date on which such motion is filed; and Defendants' deadline to file any reply in further support of such motion shall be forty-five (45) days after the date on which any opposition is filed.

SO ORDERED.

DATED: _____November 23_____, 20__20__

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE