UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DOUYU INTERNATIONAL HOLDINGS LIMITED SECURITIES LITIGATION | Case No.: 1:20-CV-7234 (ALC) |
| THIS IS APPLICABLE TO ALL ACTIONS | |

## STIPULATION OF CONSENT TO FILING OF AMENDED COMPLAINT

Lead Plaintiff Li Yunyan ("Yunyan" or "Lead Plaintiff") and Named Plaintiff Heng Huang ("Huang" or "Named Plaintiff," and, together with Yunyan, "Plaintiffs") and Defendant Douyu International Holdings Limited ("Douyu"), Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, and BofA Securities, Inc. (collectively, the "Underwriters"), and Defendants Richard Arthur and Cogency Global Inc. (together, the "CGI Defendants," and, collectively with Douyu and the Underwriters, "Defendants," and, collectively with Douyu, the Underwriters, and Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the above-captioned action (the "Action") is a putative class action alleging securities claims against Defendants;

WHEREAS, the Action was initially two separate actions filed in U.S. District Court for the Central District of California, in which Judicial District the two actions were consolidated, and Yunyan was appointed as Lead Plaintiff for the putative Class on August 18, 2020, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (*see* Dkt. No. 41);

WHEREAS, on September 2, 2020, pursuant to the Stipulation (Dkt. No. 43), this Action was ordered transferred to U.S. District Court for the Southern District of New York (Dkt. No. 44);

WHEREAS, through their undersigned counsel, Defendants have waived service of the initial Complaints filed in the Action;

WHEREAS, on October 2, 2020, the Court so-ordered the parties' stipulation setting deadlines for an amended complaint and Defendants' responses to that complaint (Dkt. No. 65);

WHEREAS, on November 23, 2020, the Court granted Plaintiffs' request, submitted with Defendants' consent, for a three-week extension of the deadline for Plaintiffs' amended complaint to December 22, 2020, as well as an extension of the deadlines for Defendants' responses to that complaint ("Revised Scheduling Order" (Dkt. No. 68));

WHEREAS, on December 22, 2020, Plaintiffs timely filed their amended complaint in this action (the "Amended Complaint" (Dkt. No. 69));

WHEREAS, on December 23, 2020, the Clerk of this Court refused to accept the Amended Complaint, on the grounds that the title of the document did not match the Revised Scheduling Order, and directed Plaintiffs to obtain leave of Court request or consent of Defendants to refile the Amended Complaint with a title that reflects the Revised Scheduling Order (Dkt. No. 68);

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.     Defendants consent to Plaintiffs filing a corrected Amended Complaint, dated December 24, 2020, as instructed by the Clerk of this Court.

DATED:  December 24, 2020                    POMERANTZ LLP

                                            */s/ Brian Calandra*
                                            Jeremy A. Lieberman
                                            Brian Calandra
                                            J. Alexander Hood II

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bacalandra@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Li Yunyan and
Named Plaintiff Heng Huang*

DATED:  December 23, 2020                DAVIS POLK & WARDWELL LLP

 */s/ Neal A. Potischman*

Lawrence Portnoy
M. Nick Sage
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email: lawrence.portnoy@davispolk.com
   m.nick.sage@davispolk.com

Neal A. Potischman
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com

Jonathan K. Chang
18/F, The Hong Kong Club Building
3A Chater Road
Hong Kong, SAR
Telephone: +852 2533 3300
Facsimile:  +852 2533 3388
Email: jonathan.chang@davispolk.com

*Counsel for Defendant DouYu International
Holdings Limited*

3

DATED:  December 23, 2020                    O'MELVENY & MYERS LLP

                                             */s/ Jonathan Rosenberg*
                                             Jonathan Rosenberg
                                             Allen Burton
                                             Moshe Mandel
                                             7 Times Square
                                             New York, New York 10036
                                             Telephone: (212) 408-2409
                                             Facsimile:  (212) 326-2061
                                             Email: jrosenberg@omm.com

                                             *Attorneys for Defendants Morgan Stanley &*
                                             *Co. LLC, J.P. Morgan Securities LLC, and*
                                             *BofA Securities, Inc.*

DATED:  December 23, 2020                    K&L GATES LLP (NYC)

                                             */s/ Joanna Andrea Diakos*
                                             Joanna Andrea Diakos
                                             599 Lexington Avenue
                                             New York, NY 10022-6030
                                             212-536-4807
                                             Fax: 212-536-3901
                                             Email: joanna.diakos@klgates.com

                                             *Attorneys for Defendants Cogency Global Inc.*
                                             *and Richard Arthur*

4