**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __3/15/2021___

-----------------------------------------------------------------:x

LUDE LIANG,                                             :
                                                       :
                               Plaintiff,              :
                                                       :     **1:20-cv-07234-ALC**
        v.                                             :     **ORDER**
                                                       :
DOUYU INTERNATIONAL HOLDINGS                            :
LIMITED, ET AL.,                                        :
                                                       :
                               Defendants.             :
-----------------------------------------------------------------:x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' letter motion seeking leave to file a motion to dismiss, ECF No. 86, and Plaintiffs' response, ECF No. 87. The Court hereby GRANTS Plaintiffs' request to amend the complaint by April 2, 2021. Defendants' request for leave to file a motion to dismiss is DENIED without prejudice pending the amendment of the complaint. As indicated in the Court's Individual Practices, no further request for a pre-motion conference by Defendants is necessary in relation with the proposed motion to dismiss. Individual Practices Rule 2.D. Defendants may: "(a) file an answer or (b) submit a letter stating that [they] still intend[] to file a motion to dismiss". *Id.*

**SO ORDERED.**
**Dated: March 15, 2021**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**