UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE DOUYO INTERNATIONAL HOLDINGS        :     20cv7234 (DLC)
LIMITED SECURITIES LITIGATION             :
                                          :     ORDER
------------------------------------------X

DENISE COTE, District Judge:

On December 24, 2020, the plaintiffs filed a first amended complaint ("FAC"). In a letter of February 19, 2021, the defendants notified the Court of their intention to file a motion to dismiss the FAC. The letter set out the defendants' anticipated arguments in support of a motion to dismiss. An Order of March 15 permitted the plaintiffs to file a second amended complaint, which they did on April 2. In a letter of May 17, the defendants notified the Court of their intention to file a motion to dismiss the second amended complaint on May 21. It is hereby

ORDERED that the plaintiffs may file a third amended complaint by **June 11, 2021**. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no third amended complaint is filed, the schedule set out in the Order of April 1, 2021 shall govern further proceedings.

Dated: New York, New York
May 18, 2021

_____
DENISE COTE
United States District Judge