```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
IN RE DOUYO INTERNATIONAL HOLDINGS        :    20cv7234 (DLC)
LIMITED SECURITIES LITIGATION             :
                                          :       ORDER
-----------------------------------------X
```

DENISE COTE, District Judge:

On May 21, 2021, the defendants filed motions to dismiss the second amended complaint. On June 11, the plaintiffs filed a third amended complaint. It is hereby

ORDERED that the defendants' May 21 motions shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the third amended complaint by **July 5, 2021**. If the defendants file motions to dismiss, the plaintiffs shall file any opposition by **July 26, 2021**. The defendants shall file any reply by **August 9, 2021**.

Dated:  New York, New York
        June 14, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge