```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   20cv7234 (DLC)
IN RE DOUYU INTERNATIONAL HOLDINGS      :
LIMITED SECURITIES LITIGATION           :   ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 21, 2021, several defendants filed motions to dismiss the second amended complaint in this class action pursuant to Rule 12(b)(6), Fed. R. Civ. P. On June 11, the plaintiffs filed a third amended complaint. An Order of June 14 terminated the May 21 motions as moot and ordered the defendants to respond to the third amended complaint. Defendants DouYu International Holdings Limited ("DouYu"), Cogency Global Inc. and Richard Arthur, and Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., and CMB International Capital Limited renewed their motions on July 19. Those motions became fully submitted on October 14.

On November 24, remaining defendant Tencent Holdings Limited ("Tencent"), a shareholder of DouYu, filed a motion to dismiss on overlapping grounds. It is hereby

ORDERED that the plaintiffs shall serve any opposition to the motion to dismiss by **December 15**. Tencent's reply, if any, shall be served by **December 29**. At the time any reply is served, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 29, 2021

                                      _____
                                         DENISE COTE
                                      United States District Judge