```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    20cv7234 (DLC)
IN RE DOUYU INTERNATIONAL HOLDINGS      :
LIMITED SECURITIES LITIGATION           :       ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 11, 2021, the plaintiffs in the above captioned action filed a third amended complaint ("TAC"). On July 19, defendants DouYu International Holdings Limited ("DouYu"), Cogency Global Inc. and Richard Arthur (together, "Cogency"), and Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., and CMB International Capital Limited (together, the "Underwriters") filed motions to dismiss the TAC in pursuant to Rule 12(b)(6), Fed. R. Civ. P. Those motions became fully submitted on October 14.

On November 24, remaining defendant Tencent Holdings Limited ("Tencent"), filed a motion to dismiss on overlapping grounds. A November 29 Order set a briefing schedule and required two (2) courtesy copies of all motion papers to be served by the moving party at the time any reply is served. It is hereby

ORDERED that moving parties DouYu, Cogency, and the Underwriters shall mail or deliver two courtesy copies of the complete briefing papers, including two copies of the TAC, to

Chambers at the United States Courthouse, 500 Pearl Street, New York, New York, to arrive by **Thursday, December 2.**

IT IS FURTHER ORDERED that moving party Tencent shall supply Chambers with two courtesy copies of all motion papers to the same address at the time any opposition is served.

SO ORDERED:

Dated:   New York, New York
         November 30, 2021

_____
DENISE COTE
United States District Judge