UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   20cv7234 (DLC)
IN RE DOUYU INTERNATIONAL HOLDINGS      :
LIMITED SECURITIES LITIGATION           :   ORDER
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On July 19, 2021, several defendants filed motions to dismiss the third amended complaint in this class action pursuant to Rule 12(b)(6), Fed. R. Civ. P. On June 11, the plaintiffs filed a third amended complaint. Those motions became fully submitted on October 14. On November 24, another defendant, Tencent Holdings Limited ("Tencent"), filed a separate motion to dismiss. A November 29 Order set a briefing schedule for Tencent's motion. On December 10, 2021, eleven current and former directors of DouYu International Holdings Limited (the "Directors"), also named as defendants in this action, filed a motion to dismiss. It is hereby

ORDERED that the plaintiffs shall serve any opposition to the Directors' motion to dismiss by **January 7, 2022**. The Directors' reply, if any, shall be served by **January 21**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
         December 11, 2021

                                          _____
                                              DENISE COTE
                                          United States District Judge