

**Brian Calandra**
Of Counsel

January 3, 2022

**VIA ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      RE:   *In re DouYu Int'l Holdings Ltd. Securities Litigation*, No. 1:20-cv-07234

Dear Judge Cote:

    We represent Plaintiffs Li Yunyan and Heng Huang ("Plaintiffs") in this action. We write on behalf of Plaintiffs and Defendants DouYu International Holdings Limited ("DouYu"), Shaojie Chen, Wenming Zhang, Chao Cheng, Mingming Su, Hao Cao, Ting Yin, Haiyang Yu, Xi Cao, Xuehai Wang, Zhaoming Chen and Zhi Yan ("Director Defendants," and, together with DouYu, "DouYu Defendants") pursuant to Rules 1.A and 1.E of your Individual Practices to respectfully request a 30-day stay of this action.

    Plaintiffs and DouYu Defendants have reached a settlement of this action subject to negotiation of definitive documentation. Pending the completion of this documentation, Plaintiffs and DouYu Defendants request that all current deadlines be stayed for 30 days, including Plaintiffs' opposition to the Director Defendants' motion to dismiss Plaintiffs' Third Amended Complaint, which is due to be filed January 7, 2022. Counsel for the DouYu Defendants consent to this request.

    We are available at the Court's convenience to discuss this request.

*[Handwritten note: The opposition to the Directors' motion, which is due 1/7, is stayed. The plaintiffs shall provide a status report by 1/14/22 regarding the status of the case as to each defendant. /s/ Denise Cote 1/4/22]*

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brian Calandra*
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

{00475232;1 }    600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com

NEW YORK    CHICAGO    LOS ANGELES    PARIS