```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    20cv7234 (DLC)
IN RE DOUYU INTERNATIONAL HOLDINGS      :
LIMITED SECURITIES LITIGATION           :       ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received on February 25, 2022, a joint letter from the parties requesting an extension of time, it is hereby

ORDERED that a telephone conference is scheduled for **today, February 25, 2022 at 4:00 PM.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749
        Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          February 25, 2022

                                        DENISE COTE
                            United States District Judge